May 14, 2020

FILED

My name is Janice S. Smith. I am responding for the **second tim**e[illegible]s [illegible]

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ch 11
Case No. 17-12560 (BLS)
Adversary Processing
Case No. 19-50760 (BLS)

I am the sole beneficiary for my late husband account.
John P. Smith 7/24/45 – 11/6/2018
Along with my Financial Advisor we have completed all necessary paperwork for this transition. Mr. Andrew Caine has spoken to my adviser, Greg Smith, on numerous occasions. As well as emailing.

I have attached my prior response to the Court sent in December 2019. Please note copy of Return to sender card.

My response remains the same. Please see attached documents.

I would note at this time. There is a typo in my husband's name on your behalf. He is listed as **John B. Smith…this is INCORRECT**! His name was
**John P. (Paul) Smith.**
Please assure this is corrected.

Feel free to contact me through my Advisor listed in the following documents.

Respectfully submitted,

Janice S. Smith

Widower and Beneficiary of
John Paul Smith

Cc United States Bankruptcy Court Wilmington, DE
Pachulski Stang & Jonces LLP

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Bankruptcy Ct
824 N. Market Street
3rd FL
Wilmington, DE 19801

9590 9402 4584 8278 4516 88

2. Article Number (Transfer from service label)

7018 0680 0000 5262 5969

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
[signature]

C. Date of Delivery
12/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DELAWARE 19801
DEC 10 2019
RODNEY SQUARE STATION USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

To Michael Goldberg Liquidating Trustee of the Woodbridge Liquidation Trust:

Per the attached correspondence from Andrew Caine (Exhibit C) back in May-July 2019 I am not accepting the judgment of $137,000 that you are alleging against my deceased Husband John P Smith. John P Smith passed away on 11/06/2018 and at the time of his passing had the following assets in his name.

An IRA with American General that had been annuitized into a 5-year payout

An IRA with Jackson National with a balance of approximately $116,246

An IRA with Provident Trust Group- Balance of $51,108 that was invested in 1st Global Capital which has also filed for Chapter 11 Bankrupcty Proceedings (so these funds are not actually there).

And a 9 month non-qualified Land Lease with Resolute Capital. – $60,000

John had 2 original investments with Woodbridge, 1 of them an IRA for $50,000 which was refunded to him and then subsequently invested in 1st Global Capital which has filed for Bankruptcy. He also had a second non-qualified investment of $61,000. I (his Widow) have attached a breakdown of the expenses that I have had to pay since John passed away.

Final expenses for John totaled $27,432 and I have also spent an additional $50,430 on living expenses since John's passing. The total expenses for myself since John's passing in November 2018 have totaled $77,862.49. The total expenses I have paid are more than the original non-qualified investment John had, and the qualified investment John had in his IRA is involved in another Chapter 11 proceeding so those assets are gone.

I do not accept this judgement and per Andrew Caine's original correspondence dated May 30th 2019 (which is attached Exhibit C) if there are no assets the Trustee would not pursue any affirmative action. As you can see by the attached Exhibits there is truly nothing left.

Janice J Smith 12/1/2019

signed

**EXHIBIT A Death Certificate**

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018173730
**DATE ISSUED:** NOVEMBER 9, 2018
**DATE FILED:** NOVEMBER 8, 2018

## DECEDENT INFORMATION

NAME: JOHN P SMITH

DATE OF DEATH: NOVEMBER 6, 2018 SEX: MALE SSN: 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 AGE: 073 YEARS
DATE OF BIRTH: JULY 24, 1945 BIRTHPLACE: AUBURN, INDIANA, UNITED STATES
PLACE OF DEATH: INPATIENT
FACILITY NAME OR STREET ADDRESS: PROMISE HOSPITAL OF FLORIDA AT THE VILLAGES
LOCATION OF DEATH: OXFORD, SUMTER COUNTY, 34484
RESIDENCE: 1831 WEST SCHWARTZ BOULEVARD, LADY LAKE, FLORIDA 32159, UNITED STATES COUNTY: LAKE
OCCUPATION, INDUSTRY: PHYSICIAN, HEALTH CARE
EDUCATION: DOCTORATE OR PROFESSIONAL DEGREE EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: JANICE SUE ARBUCKLE
FATHER'S/PARENT'S NAME: SIDNEY SHERMAN SMITH
MOTHER'S/PARENT'S NAME: ELOIS LOUISE SWARTZ

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: JANICE SUE SMITH
RELATIONSHIP TO DECEDENT: SPOUSE
INFORMANT'S ADDRESS: 1831 WEST SCHWARTZ BOULEVARD, LADY LAKE, FLORIDA 32159, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: CHRISTOPHER STRICKLER, F228901
FUNERAL FACILITY: FOREST LAWN FUNERAL HOME - OCALA F040322
5740 S PINE AVE, OCALA, FLORIDA 34480
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: SOUTHEASTERN CREMATORIES
HUDSON, FLORIDA

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 2306 DATE CERTIFIED: NOVEMBER 7, 2018
CERTIFIER'S NAME: ROMULO JUAN CAMOGLIANO
CERTIFIER'S LICENSE NUMBER: ME68972
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH

| | |
|---|---|
| a. SEPSIS | DAYS |
| b. MRSA PNEUMONIA | DAYS |
| c. | |
| d. | |

PART II: OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I
CORONARY ARTERY DISEASE, DIABETES MELLITUS, HYPERTENSION, CHRONIC KIDNEY DISEASE, CEREBROVASCULAR ACCIDENT

AUTOPSY PERFORMED? NO AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY DID TOBACCO USE CONTRIBUTE TO DEATH? PROBABLY
REASON FOR SURGERY
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE TIME OF INJURY (24 HOUR) INJURY AT WORK?
LOCATION OF INJURY
DESCRIBE HOW INJURY OCCURRED

PLACE OF INJURY
IF TRANSPORTATION INJURY, STATUS OF DECEDENT TYPE OF VEHICLE

, STATE REGISTRAR

REQ: 2019856849

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD

VOID IF ALTERED OR ERASED

Exhibit A

**EXHIBIT B- EXPENSES CALCULATIONS**

Exhibit B

# Expenses

## Janice Sue Smith

**November 2018-July 2019**

**John P. Smith (deceased 11/6/2018)**

## Final Expenses for John P. Smith

| | |
|---|---|
| Arrangements<br>**Highland Park Cemetery, Hockemeyer & Miller Funeral Home, Forest Lawn Funeral Home, Memorial Services, Travel Expenses** | **$26,252.15** |
| Medical Transport<br>**Shands Cares** | **$1,179.87** |
| ***Sub Total A*** | ***$27,432.02*** |

## Household Expenses

| | |
|---|---|
| Citizens First Mortgage<br>**Home mortgage, taxes & insurance** | **$9,910.10** |
| Village Community Development<br>**Water, sewage, garbage, amenity fees** | **$1,679.28** |
| Duke Energy<br>**Electric** | **$818.73** |
| ATT/Direct TV/Comcast/Sirius XM | **$4,586.49** |

## Transportation

| | |
|---|---|
| Honda Financial Services 2018 Odyssey | **$8,652.00** |
| Maintenance & Repairs | **$2,453.64** |
| Golf Cart maintenance & repair | **$256.27** |

## Professional Services

| | |
|---|---|
| Attorney Fees<br>**Tipton Law, Hunt Law** | **$1,537.50** |

## Insurance

**Medical** — $4,010.66
Florida Blue, State Farm

**Automobile** — $718.00
Progressive

**Golf Cart** — $264.00
Foremost

**Home Maintenance & Repairs** — $10,072.51

Dean's Lawn Services, Village Pest Control, Southern Outdoors, Professional Lawn and Landscaping, Egner's Exterior Cleaning, Aesthetic Concrete, SunKool, Tri-County Landscaping, Michael Reeves Window Cleaning, Classic Carpentry, Great Lakes Carpet and Tile, Blocker Furniture, Lowe's/Amazon)

**Medical Expenses** — $5,471.29

Affinity E-health, Lake Eye Associates, Dr R. Camogliano, Dr J. Duke, Cardiac and Vascular Consultants, Santa Fe Surgery Center, Santa Fe Anesthesia, Quest Diagnostics, Lake Gastroenterology, McQuinn Family Dentistry, Lake Medical Imaging, Rx Plus Pharmacy, CVS Pharmacy

***Sub Total B*** — ***$50,430.47***

## Grand Total — $77,862.49

**Expenses for Janice S. Smith from November 2018- July 2019, including final expenses for John P. Smith**

**EXHIBIT C- EMAIL CORRESPONDANCE with ANDREW CAINE and my Financial Advisor Greg Smith**

Exhibit C

Greg Smith <gsmith@evertruefw.com>

## Re: Woodbridge/Smith

1 message

**Greg Smith** <gsmith@evertruefw.com> Thu, Jul 25, 2019 at 5:29 PM
To: Andrew Caine <acaine@pszjlaw.com>
Cc: Susie Smith <jsmith1831@comcast.net>

Andrew,

While I understand that the Liquidation Trust has a responsibility to try and recover assets that were paid prior to the bankruptcy filings in this case there is nothing left from John's estate. As I previously stated his assets when he passed only had $50,000 in Non-qualified assets; which his Woodbridge investment was non-qualified funds. Susie (John's wife Janice Susie Smith) has already spent $27,432.02 on final expenses along with an additional $50,430 (on living expenses plus legal bills) since his passing for a grand total of $77,862.49 which is more than the $50,000 that John had in his estate at passing.

We will not accept a forfeiture of Susie's (Janice Susie Smith's) Woodbridge claim as those assets are IRA assets and are therefore protected from Creditors.

IRA assets are legally protected from creditors and therefore her claim should not be considered as part of a resolution here.

See attached PDF outlining Susie's expenses since Nov 2018.

**Greg Smith**

**Owner**

gsmith@evertruefw.com

807 Airport North Office Park.

Fort Wayne, IN 46825

(260) 490-8822 - Phone

(260) 888-4427 - Cell

(260) 490-8833 - Fax

This email message is intended only for the recipient to whom it is addressed and may contain information that is privileged and confidential. Nothing contained in this email constitutes tax, legal, insurance or investment advice, nor does it constitute a solicitation or an offer to buy or sell any security or other financial instruments. If you are not the intended recipient of this message, any use,

dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and permanently delete all copies that you may have.

On Thu, Jul 18, 2019 at 4:31 PM Andrew Caine <acaine@pszjlaw.com> wrote:

Thanks Greg. The Trustee understands, but also has a responsibility to collect as much as possible for the thousands of defrauded investors who have received nothing to date, unlike John Smith, who was paid in full with interest, totaling $137,000. The Trustee will be reasonable and practical, but should get some recovery and, as previously offered, is willing to work with waiver or reduction of the outstanding claim as value. I look forward to hearing from you.

**Andrew Caine**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2357
Tel: 310.277.6910 | Fax: 310.201.0760
acaine@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

**From:** Greg Smith [mailto:gsmith@evertruefw.com]
**Sent:** Thursday, July 18, 2019 1:27 PM
**To:** Andrew Caine
**Subject:** Re: Woodbridge/Smith

Andrew,

Susie is working to provide me with details for what John's final expenses were after he passed plus her monthly living expenses.

According to what John had at passing there was only $50,000 in non-qualified assets and I know she had to spend at least $25,000 of that on his final expenses. So there is not much here.

**Greg Smith**

**Owner**

**gsmith@evertruefw.com**

EverTrue
FINANCIAL SERVICES

807 Airport North Office Park.

Fort Wayne, IN 46825

(260) 490-8822 - Phone

(260) 888-4427 - Cell

(260) 490-8833 - Fax

This email message is intended only for the recipient to whom it is addressed and may contain information that is privileged and confidential. Nothing contained in this email constitutes tax, legal, insurance or investment advice, nor does it constitute a solicitation or an offer to buy or sell any security or other financial instruments. If you are not the intended recipient of this message, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and permanently delete all copies that you may have.

On Thu, Jul 18, 2019 at 3:21 PM Andrew Caine <acaine@pszjlaw.com> wrote:

Thank you. Do you have any proposal to resolve the matter?

**Andrew Caine**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2357
Tel: 310.277.6910 | Fax: 310.201.0760
acaine@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

**From:** Greg Smith [mailto:gsmith@evertruefw.com]
**Sent:** Thursday, July 18, 2019 6:46 AM
**To:** Andrew Caine
**Cc:** Susie Smith
**Subject:** Re: Woodbridge/Smith

The snapshot for John Smith at his passing in November 2018 is below.

IRA- Annuitized AIG - Balance approx $100,884

IRA- Jackson - Balance approx $116,246

IRA- Provident - $51,108 invested in 1st Global Capital which is also in Chapter 11 Bankruptcy Proceedings

9 month non-qualified Land Lease investment- $50,000

**Greg Smith**

**Owner**

**gsmith@evertruefw.com**




**807 Airport North Office Park.**

**Fort Wayne, IN 46825**

**(260) 490-8822 - Phone**

**(260) 888-4427 - Cell**

**(260) 490-8833 - Fax**

**This email message is intended only for the recipient to whom it is addressed and may contain information that is privileged and confidential. Nothing contained in this email constitutes tax, legal, insurance or investment advice, nor does it constitute a solicitation or an offer to buy or sell any security or other financial instruments. If you are not the intended recipient of this message, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and permanently delete all copies that you may have.**

On Thu, Jun 27, 2019 at 9:28 PM Andrew Caine <acaine@pszjlaw.com> wrote:

Hi Greg. Sorry for the time mix up. Thanks for your message.

Don't spend too much time on the financial statement – we are looking for a snapshot to start with. I look forward to seeing what you put together.

Andy

**Andrew Caine**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2357
Tel: 310.277.6910 | Fax: 310.201.0760
acaine@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

**From:** voicemail@pszjlaw.com [mailto:voicemail@pszjlaw.com]
**Sent:** Thursday, June 27, 2019 1:07 PM
**To:** Andrew Caine
**Subject:** Voice Message from 92604908822 ("92604908822") on 6/27/19 1:03 PM for 2357

Voice Message from 92604908822 ("92604908822") on 6/27/19 1:03 PM

12/5/2019 EverTrue Financial Services Mail - Re: Woodbridge/Smith

"Hi Andy this is Greg Smith we had actually I got your voicemail from a little bit ago we had actually picked 4:00 is our time to talk. So I was not available earlier when you called. Just now getting back to you here in regards to Woodbridge and Susie Smith here. Just a side note they are not related to me John and Susie Smith they are just happen to be a client that I inherited. I just started working with them here back in our Susie last summer. So sounds like we need to kinda compose a detailed financial report here for you for our for John the state as of November when he passed away and I guess we'll send that document over to use and you kinda break down of expenses and what was received and what was in his."

**Attachment(s):**

- Voice Message (71 sec)

Delete this message from my Voice Mailbox
Mark this message read in my Voice Mailbox
View/Edit my EVM Settings

Mailbox currently contains 6 New and 4 Old messages.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

**Expenses 2018-2019.pdf**

https://mail.google.com/mail/u/0?ik=b44f231ade&view=pt&search=all&permthid=thread-f%3A1637545747073392805%7Cmsg-a%3Ar4331592456570910574&simpl=msg-a%3Ar4331592456570910574... 6/7

12/5/2019 EverTrue Financial Services Mail - FW: John P Smith (deceased)

Gmail

Greg Smith <gsmith@evertruefw.com>

## FW: John P Smith (deceased)

1 message

**Andrew Caine** <acaine@pszjlaw.com> Thu, May 30, 2019 at 3:05 PM
To: Greg Smith <gsmith@evertruefw.com>, Susie Smith <jsmith1831@comcast.net>
Cc: "Beth D. Dassa" <bdassa@pszjlaw.com>

Thank you for your email. I am sorry to hear about your husband's passing.

In my prior correspondence with Greg, he refers to a remaining claim against Woodbridge. Please identify that claim for me. Also, please send an informal financial statement listing any remaining assets and liabilities of your husband's estate. If there is truly nothing~~, then the Trustee will not choose to pursue any affirmative recovery.~~

I look forward to hearing from you.

Andy Caine

**Andrew Caine**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2357
Tel: 310.277.6910 | Fax: 310.201.0760
acaine@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

**From:** Greg Smith [mailto:gsmith@evertruefw.com]
**Sent:** Thursday, May 30, 2019 11:48 AM
**To:** Andrew Caine

https://mail.google.com/mail/u/0?ik=b44f231ade&view=pt&search=all&permthid=thread-f%3A1634863686963241441%7Cmsg-f%3A1634984927021472001&simpl=msg-f%3A1634984927021472001&... 1/2

12/5/2019 EverTrue Financial Services Mail - FW: John P Smith (deceased)

**Cc:** Susie Smith
**Subject:** John P Smith (deceased)

To Andrew Caine;

I am writing in regards to a letter I received from you dated March 25th, regarding my husband John P Smith's Woodbridge Investment. The letter seems to be asking for our original principal balance of $100,000 plus interest back; along with approximately $26,000 additional interest. I do not have these funds anymore. These funds were used to pay for my husbands care, daily living expenses, and the final expense costs for his remains. His DOD was 11/06/2018.

I have attached a copy of his Death Certificate if you require it for your records.

Respectfully,
Janice S. (Susie) Smith

Sent from my iPhone
Susie Smith

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

**Copy of DC.pdf**
614K

https://mail.google.com/mail/u/0?ik=b44f231ade&view=pt&search=all&permthid=thread-f%3A1634863686963241441%7Cmsg-f%3A1634984927021472001&simpl=msg-f%3A1634984927021472001&... 2/2

Gmail

Greg Smith <gsmith@evertruefw.com>

**FW: John P Smith (deceased)**
1 message

**Andrew Caine** <acaine@pszjlaw.com> Thu, May 30, 2019 at 3:05 PM
To: Greg Smith <gsmith@evertruefw.com>, Susie Smith <jsmith1831@comcast.net>
Cc: "Beth D. Dassa" <bdassa@pszjlaw.com>

Thank you for your email. I am sorry to hear about your husband's passing.

In my prior correspondence with Greg, he refers to a remaining claim against Woodbridge. Please identify that claim for me. Also, please send an informal financial statement listing any remaining assets and liabilities of your husband's estate. If there is truly nothing, then the Trustee will not choose to pursue any affirmative recovery.

I look forward to hearing from you.

Andy Caine

**Andrew Caine**
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2357
Tel: 310.277.6910 | Fax: 310.201.0760
acaine@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

**From:** Greg Smith [mailto:gsmith@evertruefw.com]
**Sent:** Thursday, May 30, 2019 11:48 AM
**To:** Andrew Caine

**Cc:** Susie Smith
**Subject:** John P Smith (deceased)

To Andrew Caine;

I am writing in regards to a letter I received from you dated March 25th, regarding my husband John P Smith's Woodbridge Investment. The letter seems to be asking for our original principal balance of $100,000 plus interest back; along with approximately $26,000 additional interest. I do not have these funds anymore. These funds were used to pay for my husbands care, daily living expenses, and the final expense costs for his remains. His DOD was 11/06/2018.

I have attached a copy of his Death Certificate if you require it for your records.

Respectfully,
Janice S. (Susie) Smith

Sent from my iPhone
Susie Smith

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

**Copy of DC.pdf**
614K